

**STEVEN A. METCALF II, ESQ**., *Managing Attorney\*\*\**
**NANETTE IDA METCALF, ESQ**., *Managing Attorney\*\**
**CHRISTOPHER DARDEN, ESQ**., *Special Counsel\**

**VIA ECF**                                                    October 1, 2024

Christopher R. Cooper
District Judge
E. Barrett Prettyman Courthouse
333 Constitutional Ave., N.W.
Washington, DC 20001

      *Re:*    *U.S.A. v. Brinson*, 1:23-cr-00358 (CRC)

Your Honor,

      As the Court is aware, I represent Mr. Brinson in the above-referenced matter. I write this request, asking for such to be converted to a formal application for an extension of sentencing based on my recent medical situation.

      First, I apologize for even making this request, and have done everything I could to avoid writing this, but I must briefly inform the Court that I have been extremely ill for the last week. I am physically unable to finalize my sentencing submissions, and to even be able to travel to Court this week. For example, simple tasks such as writing this request has taken me more than two days. Yesterday, I contacted AUSA Haag, who consents to this request. The days we discussed are October 22nd, 28th, 29th or 30th.

      To back up, at the end of August 2024, I was in the ICU and had to undergo emergency surgery. Since, I have been treating with a team of doctors to heal and recover. All was going very well, my improvement and healing has been speedy, and more positive than I believe any doctor predicted. Then on or about September 23, 2024, I started a new medication, which has had substantial effects on my ability to travel and even complete the simplest task that I am used to. For days I fought with the idea of not finalizing my sentencing memo on this matter.

*\*Licensed in California*
*\*\*Licensed in New York and California*
*\*\*\*Licensed in New York, SDNY, EDNY, WDNY, DCDC,*
*Second Circuit Court of Appeals and DC Court of Appeals*

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 *(Phone)*
646.219.2012 *(Fax)*

P a g e  | **1**

Now I am of the understanding that I cannot research and write for a long period, and simple travel to Court within the immediate future (a week tops) is exhausting and should be avoid for just a short period. In light of this, and knowing I will be healed and in a better place in a short period of time, I am respectfully requesting to extend Sentencing currently scheduled for October 3, 2024. I have informed Mr. Brinson of my situation, and a short period of time will be greatly appreciated for me to complete my tasks on this matter, and stand ready for sentencing.

I thank the Court in advance for its understanding and consideration during this difficult time.

Respectfully submitted,

*/s/ Steven A. Metcalf*
Steven A. Metcalf, Esq.

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

P a g e | **2**