United States District Court
For the District of Columbia

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case #: 23-cr-00358-CRC |
| | : | |
| | : | |
| **PAUL THOMAS BRINSON,** | : | |
| | : | |
| *Defendant*. | : | |

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO SURRENDER TO REPORT TO FTC OKLAHOMA CITY

Paul Thomas Brinson, by and through his attorney, Steven A. Metcalf II, Esq., respectfully submits this request for an extension of time for Mr. Brinson to report and surrender until February 17, 2025 or any date thereafter this Court will consider.

Currently, the District of Columbia Probation Office provided Mr. Brinson a Notice of Designation and for his date to report to a specific facility on January 9, 2024.

In anticipation of such notice and duty to surrender, Mr. Brison has reached out to his subcontracts and contractors that he reports to in the scope of his employment. Both or the supervisors Mr. Brinson reports to have approved the time he requested to be off of work. Mr. Brinson still does, however, have to receive permission from two supervisors from the Railroad Commission – the agency that employees both Mr. Brinson's subcontractor and contractor.

Upon information and belief, the Railroad commission individuals to sign off on this request have yet to return to work from the holiday season. Further, there are a bunch of employees who have recently taken off for the holidays, and others who requested time off during the month of January – February 2025 far in advance of Mr. Brinson. I do not want any more time to elapse

before I asked the Court for more time for Mr. Brinson to be on the complete safe side with regards to his employment.

Although Mr. Brinson has had over two months to get his affairs order – he did not have the surrender date of January 9, 2025 the entirety of that time. So, all of his requests and preparations regarding his employment were made during the holiday season.

Regarding this request, I reached out to Robert Lopez, Pre-trial Officer, from the Eastern District of Texas, and have not been able to speak with him. I also contacted AUSA Haag, who does not consent to this request.

Nonetheless, as a precautionary measure, I have to make this request in an effort to ensure that when Mr. Brison comes out of serving, he is able to pick up right where he left off.

I wish the parties on this all a happy New Year, and hope everyone enjoyed the holidays. Thank you.

Respectfully submitted,

 */s/ Steven Alan Metcalf*
STEVEN A. METCALF II, ESQ.
*Attorney for Defendant Brinson*
Metcalf & Metcalf, P.C.
99 Park Avenue, Suite 810
New York, NY 10016
*Office* 646.253.0514
*Fax* 646.219.2012